Case 1.
2b 172
[43   71]

### Thomasson v. Tucker's Administrators, in Error.

Tuesday, May 13.

THE answer of one defendant in chancery is no evidence against his co-defendant.

### Weaver v. Bryan, in Error.

Thursday, May 15.

IN order to have a judgment re-entered, under the statute of 1827 relative to the burned records of *Dearborn* county, the notice to the defendant, which answers the purposes both of a writ and declaration, must state the term at which the judgment was originally rendered.